```
 1 | YOUNG K. CHAN , ESQ.    [#164906]
   | 3435 Wilshire Blvd., Suite 2400
 2 | Los Angeles, A 90010
   | 213)480-1050
 3 |
 4 | Attorney for  ebtors
   | JAE MIN YOON  ND LAUREN BUIN YOON
 5 |
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | ) CASE NO. |
|---|---|
| JAE MIN  OON AND<br>LAUREN B IN YOON | ) Chapter 7<br>)<br>) **DECLARATION OF DEBTOR RE:**<br>) **DEBT REPAYMENT PLAN** |

We, **JAE  IN YOON AND LAUREN BUIN YOON** declare:

1. We  re the debtors in the bankruptcy case. We have the personal know edge of the facts set forth below, and if called upon to testi y, We would and could do so competently and truthfully.

2. On ___August 4___, 2009, pursuant to 11 U.S.C. Section 109(h) and 11 , We received pre-bankruptcy credit counseling from an agenc  approved pursuant to 11 U.S.C. Section 111 and no debt repayment plan was prepared or developed during the counseling.

We decla e under penalty of perjury under the laws of the State of Cali ornia that foregoing is true and correct.

Executed on the 17th day of August, 2009, at Los Angeles, California.

_____  
JAE MIN Y ON

_____  
LAUREN BUIN YOON

DEBT REPAYMENT PLAN